DAVID LOEBMAN, Respondent, v. J. BALLAY & CO., INC., Appellant.—

Concur — Capozzoli, J. P., McNally, Tilzer and Macken, JJ.